# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| **Cleon Tetrick,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 10-6131-CV-SJ-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On Wednesday, December 14, 2011, the Court heard oral argument on the *Plaintiff's Social Security Brief*, filed July 15, 2011 [Doc. 9]; the *Brief for Defendant*, filed August 29, 2011 [Doc. 10]; and the *Plaintiff's Social Security Reply Brief,* filed September 22, 2011 [Doc. 11]. For the reasons set forth by the Court at the conclusion of the argument, it is

**ORDERED** that this matter is **REVERSED AND REMANDED** to the Social Security Administration pursuant to 42 U.S.C. §405(g), sentence 4, for action consistent with the decision of the Court as set forth at the conclusion of the oral argument on December 14, 2011. It is further

**ORDERED** that the Commissioner shall obtain from the court reporter a copy of the transcript of the oral argument so that the Commissioner will know the basis upon which this case is remanded.

 */s/ John T. Maughmer*
 **JOHN T. MAUGHMER**
 **U. S. MAGISTRATE JUDGE**