# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| **Cleon Tetrick,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| V. | ) Case No. 10-6131-CV-SJ-JTM |
| | ) |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act*, filed March 5, 2012 [Doc. 17]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application For Attorney's Fees Under The Equal Access to Justice Act*, filed March 5, 2012 [Doc. 17] is **GRANTED** and plaintiff is awarded $5,452.40 in EAJA fees to be made payable to plaintiff's counsel, Parmele Law Firm – unless said amount is subject to an offset to satisfy an outstanding debt owed to the United States.

                                                  */s/ John T. Maughmer*
                                                   **JOHN T. MAUGHMER**
                                             **U. S. MAGISTRATE JUDGE**